

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| SHEILA ROQUE | CIVIL ACTION NO. 05-1414 |
| VERSUS | JUDGE DEE D. DRELL |
| RAPIDES PARISH SCHOOL BOARD | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Motion for Attorney Fees (Doc. #9) be **DENIED**.

**SIGNED**, in chambers, in Alexandria, Louisiana, on this 24th day of July 2006.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE